UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENT MADDOX AND<br>PAULINE SIMMONS MADDOX | CIVIL ACTION NO. 6:20-cv-00873 |
| VERSUS | JUDGE JUNEAU |
| CHANEY LUMBER & SUPPLY, INC.,<br>ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiffs' motion (Rec. Doc. 6) is GRANTED to the extent that the plaintiffs seek remand of this action to state court, and this matter is REMANDED to the 16th Judicial District Court, Iberia Parish, Louisiana, but to the extent that the plaintiffs' motion seeks the recovery of costs and attorneys' fees, the motion is DENIED, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE